**Order entered September 4, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00143-CV

**THEODORE SIMMONS, Appellant**

**V.**

**MIDLAND FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01681-C**

### ORDER

This appeal has been delayed over five months because the reporter's record is incomplete. A two-volume record of pre-trial proceedings was filed by court reporter Janet Wright on March 11, 2020, but the record of the September 19, 2019 bench trial, first due February 25, 2020 and taken by LaToya R. Young, has yet to be filed.

On August 10, 2020, after another five missed deadlines, we ordered Ms. Young to file the record no later than August 21, 2020 and further ordered Ms.

Young to not sit as a reporter until she filed the record. To date, however, the record has not been filed and Ms. Young has not otherwise communicated with the Court.

We note this is not the only appeal in this Court that has been delayed because Ms. Young has failed to file the reporter's record of proceedings she has taken. Given the facts and because the appeal cannot proceed with an incomplete record, we **ORDER** the trial court to conduct a hearing **no later than September 18, 2020** to determine why the record of the September 2019 proceeding has not been filed, the date it will be filed, and what steps need to be taken to ensure it is filed by that date. To that end, both Ms. Young and Ms. Wright, as the Official Court Reporter for County Court at Law No. 3, shall be present at the hearing.

The trial court shall make written findings concerning the reasons for the delay and the solution to getting the record filed with this Court. The findings shall be filed in a supplemental clerk's record **no later than September 22, 2020**. A supplemental reporter's record of the hearing shall also be filed **no later than September 22, 2020**.

The portion of our August 10th order directing Ms. Young to not sit as a reporter until she files the record of the September 2019 proceeding **REMAINS IN EFFECT**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Dallas County Clerk John F. Warren; Ms. Wright; Ms. Young; the Dallas County Auditor; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing.  The appeal will be reinstated no later than September 25, 2020.

/s/    BILL WHITEHILL
       JUSTICE